Index #08 CIV 5340
6/11/08

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons in a civil action and complaint was made by me(1) | DATE June 23, 2008 at 3:20 PM | |
| NAME OF SERVER *(PRINT)* Charles Kastner | TITLE Process Server | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1372 York Avenue, New York, NY 10021
Sugar Loaf Cafe Inc.

☒ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ place of business with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Marcelo Alexandre, Managing Agent, Auth. to Accept
Desc: White Male, Brown Hair, 44 yrs., 5'9, 170 lbs.

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 25, 2008
                      Date                  Signature of Server

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. TR5031219
Qualified in Nassau County
Commission Expires August 1, 20__

Charles Kastner - #957455
Valley Stream, NY
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Index #08 CIV 5340
6/11/08

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> in a civil action | DATE June 23, 2008 at 3:20 PM |
| NAME OF SERVER (PRINT) Charles Kastner | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: POB Sugar Loaf Cafe Inc. 1372 York Avenue, New York, NY 10021
Marcelo Alexandre

☒ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ place of business with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Marcelo Alexandre - Personally
Desc: White Male, Brown Hair, 44 yrs., 5'9, 170 lbs.

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 25, 2008
Signature of Server
Charles Kastner - #957455
Valley Stream, NY
Address of Server

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. 0TR5031219
Qualified in Nassau County
Commission Expires August 1, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.